o Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Deborah Elain Bailey-Sowell | Case No. 3:22-CV-1171-HES-MCR |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* Florida Retirement System, | |
| Florida Department of Education, | |
| Duval County Public Schools, Nassau | |
| County Public Schools, Florida Depart | |
| ment of administrative Hearings, | |
| Julie Brooks, Duval Teachers Union | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

FILED

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

2022 OCT 31 PM 4:03

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Deborah Ekin Bailey-Sowell
Address         6858 Lake Mist Lane
                Jacksonville, Fl    32210
                City          State          Zip Code
County          Duval
Telephone Number  904 376-9172
E-Mail Address    b. deborah 210 @ gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name            Florida Department of Education
Job or Title (if known)   Commissioner,
Address         325 W. Gaines St.
                Tallahassee, Fl    32399
                City          State          Zip Code
County          Leon County
Telephone Number  850-245-0505
E-Mail Address (if known)  Fldoe.org

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name            Duval County Public Schools Sys
Job or Title (if known)   Department of Professional Standards + H.R.
Address         1701 Prudential Dr
                Jacksonville, Fl   32207
                City          State          Zip Code
County          Duval
Telephone Number  904 390-2000
E-Mail Address (if known)  duvalschools.org

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name · · · · · · · · · · · · Nassau County Public School System

Job or Title *(if known)* · Superintendent / Principal

Address · · · · · · · · · · 1201 Atlantic Ave

· · · · · · · · · · · · · · Fernandina Beach, Fl 32034

· · · · · · · · · · · · · · City · · · · · State · · · Zip Code

County · · · · · · · · · · · Nassau

Telephone Number · · · · · · 904-491-9900

E-Mail Address *(if known)* · nassau. K12. Fl. us

☐ Individual capacity   ☑ Official capacity

Defendant No. 4

Name · · · · · · · · · · · · Fl Department of Administrative Hearings

Job or Title *(if known)* · Judge Lisa Shearer Nelson

Address · · · · · · · · · · 1230 Apalachee Pkwy

· · · · · · · · · · · · · · Tallahassee, Fl 32301

· · · · · · · · · · · · · · City · · · · · State · · · Zip Code

County · · · · · · · · · · · Leon

Telephone Number · · · · · · 1 850 488 9675

E-Mail Address *(if known)* · doah. state. Fl. us

☑ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Unlawful seizure of property and employment

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1.o  4th Amendment Unreasonable Seizure of my Florida Professional Educators Certificate # 449960 on March 2, 2011

2.o  DCPS intentionally denying 2.2 years of work experience with Nassau County public school system with Florida Retirement System on 06-19-2009   over→

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        Deborah E. Bailey-Sowell
Address     6858 Lakemist Lane
            Jacksonville , Fl.    32210
            City              State           Zip Code
County      Duval
Telephone Number   904-376-9172
E-Mail Address     b.deborah210@gmail.com

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. ~~8~~ 5
Name                Duval Teachers' Union
Job or Title *(if known)*   Attorney
Address             1601 Atlantic Blvd,
                    Jacksonville ,Florida    32206
                    City              State           Zip Code
County              Duval
Telephone Number    904 398-9131
E-Mail Address *(if known)*   dtuhertz@aol.com
☑ Individual capacity   ☐ Official capacity

Defendant No. ~~7~~ 6
Name                Julie Mcclendon Brooks
Job or Title *(if known)*   ~~Working~~ Para Professional ESE
Address             10218 Hamlet Glen Dr
                    Jacksonville    Fl  32221
                    City              State           Zip Code
County              Duval
Telephone Number    904-781-4523
E-Mail Address *(if known)*
☒ Individual capacity   ☐ Official capacity

II. Basis for Jurisdiction

B. 5th Amendment

3. 35 years Without a parent/guardian complaint to DCPS' Department of Professional Standards and Human Resources for unprofessional conduct or incompetence

• Without an complaint eye witness to an actual crime

• FL Department of Children and Families Findings were as follows:
   A. NO Indication of abuse of alleged victim C.L. Trainable Mentally Handicapped Student by Deborah E. Bailey-Sowell
   B. C.L. had to be restrained to protect himself and other students
   C. Closet Doors Do Not lock

• DCPS made for failed to contact Jacksonville Sheriffs Office From 02-13-1987 to 02-03-2009

8th Amendment

I am subjected constantly to excessive impunitive depraved incidents. Contrived by others abuse of power and mistreated by excessive fines, or cruel and unusual punishments.

*II. Basis For Jurisdiction*
*B.2.*

May 2, 2022

1. My Duval County Public Schools personnel ID #: 90011550, same as, Nassau County Public Schools personnel ID #: 90011550

   Effective start date, 01-08-2008, 527 days later, on, 06-19-2009, this transaction summary card was created by John Williams allegedly changed by, FDOE, Morgan Thompson, on, 02-04-2009. A clear deflection, FDOE, Morgan Thompson is allegedly changing and keying, DCPS, employee transaction cards, into, wwwduvalschools.org.

   *Without due process*

2. I was wrongfully terminated, on, February 3, 2009. On, February 06, 2009, DCPS, Department of Professional Standards and Human Resources, director, John Williams, arranged with a fraudulent petition, Florida Department of Education, commissioner, Eric J. Smith to permanently revoke my Florida Professional Educator's Certificate # 446690.

3. A clear deflection by FDOE, on, February 12, 2009, FDOE, Marian W. Lambeth, writes to John Williams, "This letter is to inform you that a complaint has been filed with the Office of Professional Practices Serves regarding the above named individual". Also, on, February 19, 2009, FDOE, Marian Lambert, acknowledged receipt of the February 11, 2009, documentation from John Williams. Last, M.L. informs John Williams, "A case has been opened on Ms. Bailey-Sowell, File #089-2087 and has been assigned to Morgan Thompson".

4. This employee transaction summary card demonstrates a gross lack of transparency for FDOE and DCPS', Department of Professional Standards and Human Resources.

II. Basis for Jurisdiction

September 22, 2022

Nassau County Public School System's employee, Wanda Diane Mims Grondin, school administrator and retaliator because I filed a complaint of discrimination with the United States Equal Employment Opportunity Commission, in June, 2007.

- Substantiated evidence- internet employment profile
  Dates employed- from August 1988—Present
  Employment duration 30yrs 5 months
  Location Fernandina Beach, Florida

- Duval  Experience Record (outdated clear deception/not computer generated))
  List Wanda Diane Mims Grondin's DCPS employment at Susie E. Tolbert from school year 07-01-2005 until 09-30-2007
  Resigned allegedly, due to, incompetence/non reassignment to Susie E. Tolbert, however, based on, Duval Experience Record pops up at covenant brand new Chaffee Trails Elementary allegedly initially, on, 10-01-07.  December 19, 2008, last day assigned duty elsewhere retaliating for Nassau County Public School System.

II. Basis for Jurisdiction

B. 2

Duval County Public Schools Department of Professional Standards Approves the Following Changes on My Employee Transaction Card Allegedly Changed and Keyed by, Florida Department of Education, Morgan Thompson

Type of change: Annual Salary allegedly by Morgan Thompson
- Created: 06-19-2009            Keyed: 06-19-2009
  Inst: 2007-2008  Eff: Date 01-08-2008     End: Date 03-19-2008
  Real annual salary- $57,052.00 without authorization changed to $41,260

Type of change: Verification of Nassau County Public School System Work Experience
- Create: 02-04-2009            Keyed: 06-19-2009 allegedly changed by
                                            Morgan Thompson, FDOE,

Clearly retaliation, without authorization, Nassau County Public Schools verification of work experience changed from 14.5 years to 12 years work experience.

~~Type of change: Resigned During 97 Day Probation~~
-

II. Basis of Jurisdiction

D. Florida Department of
   Administrative Hearings
   Judge, Lisa Shearer Nelson

Callous Insensitive unethical
Final Recommendation to permanently
Revoke my certificate based
on the alleged grimace on TMH
alleged victims face and nonverbal testimo
of the alleged victim, 2 years
after alleged incident 11-18-2008.

The DOAH was scheduled ~~after~~
October 4, 2010 at 10:AM
                Delayed until
~~October 4,2010~~
October 4, 2010 at 12:00 pm

pg. 14
Recommended    Judge, Lisa Shearer Nelson
order.         Writes " He was, however, asked
               some basic Foundational questions,
               Whether he recognized his
               respondent, He did not answer
               the question but grimaced.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur? At home. On, 01-04-2022, I received Florida Retirement System's correction of Nassau County Public Schools' work experience for my social security retirement. 2.7 years of work experience was intentionally removed and has not been invested in my Florida Retirement/Social security since, 02-04-2009. $135,000 is not available to receive back pay since

B.      What date and approximate time did the events giving rise to your claim(s) occur?
Date 01-04-2022   Time 9:00 AM approximately

What happened

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I have been denied access to be employed safely at Duval County Public schools for since February 13, 1987 but managed to be employed 14 1/2 in Nassau County Public Schools, Hilliard Elementary an A rated school top 8% of Florida FCAT Assessment/other Assessments for nearly 14 1/2 years. I also served as Department Chairperson, ESE, For 3 years. From school year school year (1997-1998)(1998-1999) 1999-2000. Without provocations such as parent/guardian complaints of inappropriate behavior or incompetence I was removed from the following schools.

page 4 of 6

1. Mathew W. Gilbert — February 16, 1987
   7th grade Center

2. Lola Culver Elementary - March 20, 2008
   (Resigned) or terminate

3. Mattie B. Rutherford - August 19, 2008

4. Chaffee Trails Elementary - December 19, 2008

5. DCPS School Book Depository, Main St
   Sent to                                   From Feb. 23, 1987
   to January, 1968

6. DCPS Warehouse Bulls Bay from January 5, 2009
   until February 3, 2009.

   Forced to Resigned or be Terminated

7. Mayport Jr. High    June, 1980 resigned

8. ~~Resig~~ Lola Culver - Resigned March 20, 2008

   Department of Professional Standards
   and Human Resources

9. D of PS HR - reinstated to return
   to employment with DC PS July 1, 2008

10. August 11, 2008 - Teachers return from Summer
    First Day, back
    Vacation

11. NO school Assignment for me, until
    August 15, 2008 at Mattie B. Rutherford

12. August 19, 2008 ~~Reass~~ class assignment changed
    to Chaffee Trails Elementary

13. Hurricane Fay - Arrived at Chaffee Trails Aug 25, 2008

14. August 27, 2008 - First day st Trainable Mentally
    Handicapped student arrived.

III. Statement of Claim
    C. Who did what?

Date: April 20, 2022


Date: 09-04-2007

From:  Vicki Reynolds, Duval County Public Schools, Chief Operations Officer

To:  Deborah Bailey-Sowell

Subject:  2nd Rehire by Sticky Note


On, 09-04-2007, I went to Duval County Public schools building, 1701 prudential Drive to confirm that I was rehired.  I spoke with Aaron Muse.  Mr. Muse handed me a sticky note, written by, Vicki Reynolds.  Vicki Reynolds' sticky note clearly reports that Kelly Services had completed the vetting process.  The sticky note reports Kelly rehired.

On, Friday, 01-05-2008, while driving, I received a call from DCPS, Department of Professional Standards and Human Resources reporting that there was an immediate teaching position available, due to, an ESE teacher moving back to Louisiana.

On, Monday, 01-08-2008, I reported to Lola Culver Elementary School, employed as a fourth grade, exceptional education teacher.  Also, I was assigned a laptop computer that lacked access to duvalschools.org from January 8, 2008 through December 19, 2008.


## Ruse

Kelly rehire- Kelly Services appeared to have no knowledge that Vicki Reynolds had rehired me to work at Duval County Public Schools.  I was immediately escorted from Kelly Services' office.

III. Statement of Claim

August 8, 2022 C. Who did what?

Conflict of Interest

Duval County Public Schools Department of Professional Standards and Human Resources

June 2007- During a meeting in his office, John Williams reported that Curtis Randolph was his friend.  They worked at DCPS' headquarters prior to Curtis Randolph's assignment as principal of #146 Mathew W. Gilbert 7th Grade Center.   Gail Collins is my visual/auditory witness, Gail Collins, John Williams', receptionist.

1. February 13, 1987- I was inappropriately touched by a Duval County Public Schools investigator/security officer.  This incident happened in Randolph's office, after an interrogation about a special education colleague, because there was no eye witness, a quick verbal exchange and I exited the office.  19 years later, during the June, 2007 meeting, I was unable to identify, John Williams, as the investigator that inappropriately touched me.

Later, on the same day, after the students were dismissed

2. February 13, 1987, Dr. Curtis Randolph unexpected came to my classroom and we had a verbal altercation.

3. February 18, 1987- Curtis Randolph and two DCPS officers escorted me to my car and off Mathew W. Gilbert 7th grade Center campus.

4. February 18-23, 1987- "My Life Changed Forever "- Based on, Dr. C. Randolph's defamatory and sexual harassment report/document alleging that I said to student, Ray Cummings, " I like to suck men's dick on the weekend".  Ray Cummings was not my student.  I have never spoken to this student nor have I attended a parental conference concerning this lewd and lascivious allegation.  This allegation was on public display in local newspapers with my picture on local and state broadcast media television for the duration of 5 days/24 hours.  I have never recovered from this cruel level of defamation of my character.

5. February 23, 1987- I was assigned to DCPS, school book depository warehouse on Main Street.

6. From, February 23, 1987- January, 1988 I was assigned to the school book depository warehouse.

7. January, 1988- January, 1989- I was assigned to Ruth N. Upson Elementary, special education, 3rd-4th grade students, principal, Raymond Williams.

8. November 1, 1988- 10-15 minutes prior to dismissal, the students were rewarded an extra recess.  A few students left items in the classroom, so, we returned to the classroom.  I opened the door and in plain sight, in the middle, of the floor, was approximately 1-2 grams, of cocaine, in a small size plastic baggy.  The students and I were traumatized.  To ensure that they never

III. Statement of Claim

C. Who Did What?

forget this incident, 14 student witnesses on their hands and knees got their eyeballs as close to the baggy cocaine, as possible, summoned Raymond Williams, principal of Ruth N. Upson Elementary. We were still in the classroom when Raymond Williams arrived to the scene of the incident. Jacksonville Sherriff's Office was not informed of the cocaine incident.

9. November 1 and November 2, 1988, Raymond Williams and the DCPS security officer refused to accept the typed written cocaine incident report. On, November 2, 1988, in Raymond Williams' office, I strongly felt that my life was being threatened when Raymond Williams said, "We are not going to report this incident to headquarters." "No one will ever know that cocaine was on your floor." Well, I am someone and I knew. Thankfully, fourteen student witnesses exist. On, November 3rd and 4th, 1988, students dismissed, soon as I stepped outside my classroom Raymond Williams was coming up the steps. I was never alone in my portable ESE classroom again.

10. January 6-12, 1989- After Christmas break, I applied for a leave of absence.

11. I did not self report to DCPS headquarters or JSO, due to, trauma, perceived threat, prior depraved attacks, such as, cocaine on my floor, sexual harassment, depraved unimpeded media exploited defamation of my character, and Florida Department of Education's attempt to permanently revoke my Florida Professional Educator's Certificate.

*III, Statement of Claim*
*C. Who did What?*

October 25, 2022

On, March 3, 2011, I received by Certificate Of Service by Certified U.S. Mail this 2nd day of March, 2011., signed by, Janice C. Harris, FDOE, Education Practice Commission, Department of Administrative Hearing's, Judge, Lisa Shearer Nelson's ½ of the Final Recommended Order pages (1,3,5,7,9,11,13, and 15) to permanently revoke my Florida Professional Educator's Certificate # <u>449960</u> two years later, based on the apparent testimony of a trainable mentally handicapped, I.Q. 36-51, student's grimace on his face and pulling on his arm, and without being sworn in nonverbally uttering, "Mz Bayee, Mz Bayee."

Judge, Lisa Shearer Nelson writes Final Recommended Order Endnotes:  page 14

<u>**November 18, 2008, Incidents Alleged Trainable Mentally Handicapped Alleged Victim C.L. Locked in Closet/Arm Twisted/Screamed in Pain, 2 Years Later, October 4, 2010, Judge, Lisa Shearer based her final order to Permanently Revoke My Certificate on A Grimace, Pulling on His Arm, and Nonverbally Uttering "Mz Bayee Mz Bayee"**</u>

1/ All references are to the 2008 Florida Statutes, unless otherwise indicated.

2/ "C.L. was present at the hearing in this proceedings.  Because of <u>his age and his intellectual challenges,</u> the undersigned expressed reservations about his competency to testify.  <u>He was, however asked some basic foundational questions, including</u> Whether he recognized his respondent.  He did not answer the question but <u>grimaced, grabbed one arm with the opposite hand and twisted. At that point, counsel for petitioner elected to remove C. L. from the room</u>".

III. Statement of Claim

C. Who did What?

October 21, 2022

Rick Dennis Powell's Duval County Public Schools Employee Summary Card

Rick Dennis Powell – Terry Parker Senior High School's In/Out of School Suspension Teacher from August, 1993- until retirement June, 2011 Terry Parker Senior High School

   Created 6-19-2009 Allegedly Changed on 03-27-2009

- Type of change   Entry lacks transparency (lacks date of change entry) left blank but states, "Now working with John Williams."


- INST 2008-2009 Eff Date 01-31-2009 End Date 06-18-2009 orgUnit 1834 Terry Senior High School

III. Statement of Claim
        C. Who did what?

September 22, 2022

Nassau County Public School System's employee, Wanda Diane Mims Grondin, school administrator and retaliator because I filed a complaint of discrimination with the United States Equal Employment Opportunity Commission, in June, 2007.

- Substantiated evidence- internet employment profile
  Dates employed- from August 1988—Present
  Employment duration 30yrs 5 months
  Location Fernandina Beach, Florida

- Duval  Experience Record (outdated clear deception/not computer generated))
  List Wanda Diane Mims Grondin's DCPS employment at Susie E. Tolbert from school year 07-01-2005 until 09-30-2007
  Resigned allegedly, due to, incompetence/non reassignment to Susie E. Tolbert, however, based on, Duval Experience Record pops up at covenant brand new Chaffee Trails Elementary allegedly initially, on, 10-01-07.  December 19, 2008, last day assigned duty elsewhere retaliating for Nassau County Public School System.

III. Statement of Claim
C. Who did what?

October 21, 2022

- Julie M. Brooks is the initial reporter that Michael Crane TMH student told her that I locked C.L. in the closet
- DCPS Department of Professional Standards and Human Resources entire case/petition/ to permanently revoke my certificate lacks participation from parents/guardians of my Chaffee Trails students.
- Florida Department of Children and Families findings **NO Indicator of Abuse** for Deborah Elain Bailey-Sowell

I deny all allegations of child abuse, incompetence and immorality. Florida Department of Education's Key Witness Statements were contrived after I was wrongfully terminated on February 3, 2009. Witness statements were not available for Florida Department of Children and Families investigations, Duval County Public School Board's decision to terminate or Rick Powell in school suspension teacher acting as a DCPS investigator sustained incident reports. After, I was wrongfully terminated, 51-52 days later, on, March 26-27, 2009, DCPS Department of Professional Standards and Human Resources gathered unsubstantiated witness statements, especially, Julie M. Brooks' 03-26-2009 initial FDOE written state witness report, Michael Crane, a trainable mentally handicapped student, I.Q. 36-51, stated that I locked alleged victim, Christopher Lee, in the closet, twisted his arm behind his back, pushed his face into the carpet while he screamed out in pain.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical'
treatment, if any, you required and did or did not receive.

Diagnosed with Major Depressive Disorder experienced
Post traumatic Stress Symptoms such as, panic
attacks, Extreme embarassment, extreme loneliness,
Cognitive Behaviorally impaired /disorder but
improving. My home of 21 years was
Foreclosed on July and I was evicted on 07-29-17
I am currently homeless/financially destroyed
and without transportation.
Due to public assistance I was deprived of
counselling and was prescribed the psychotropic
Medication Amitrip Tylin 25-50 mg 10 or more years

## V.    Relief

I am one course from a Masters' Degree in Mental
Health Counseling - Self Care recovery 2½ years.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

Make me whole/authentic
Apologize for Defaming my character.
Retroactive payment/Salary for Illegally
Permanently revoking my FPEC # 449960

on the run
January 9-12, 1989 —— January 17, 1993
August 2007 — January 5, 2008
February 4, 2009 - October 28, 2022
October 29, 2022 —— present

Retirement Must include from years denied
employment
Initial January 15, 1979 end until present
Punitive damages claimed for the acts
alleged 9-10,000,000 dollars $35,000,000 dollars

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      October 28, 2022

Signature of Plaintiff        *Deborah E. Bailey-Sowell*

Printed Name of Plaintiff     Deborah E. Bailey - Sowell

### B.    For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number           _____

Name of Law Firm     _____

Address              _____

_City_               _State_      _Zip Code_

Telephone Number     _____

E-mail Address       _____